UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                           )
ARTHUR L. LLOYD,                           )
                                           )
             Plaintiff,                    )
                                           )
      v.                                   )     Civil Action No. 97-1287 (PLF)
                                           )
ERIC HOLDER,                               )
                                           )
             Defendant.[1]                 )
_____)
```

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion for equitable relief [148] is DENIED; and it is

FURTHER ORDERED that on or before June 21, 2010, the parties shall file a

joint report regarding plaintiff's request for attorneys' fees and costs stating whether they wish to

be referred to settlement discussions with a magistrate judge or court-appointed mediator or, if

they do not wish to be so referred, proposing a briefing schedule.

SO ORDERED.


_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 18, 2010

---

[1]    The Court has substituted Attorney General Eric Holder as the defendant in place
of former Attorney General Michael Mukasey pursuant to Rule 25(d) of the Federal Rules of
Civil Procedure.